**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 01-2409**

_____

In Re:  GARY L. DETEMPLE,

                                              Debtor.

_____

GARY L. DETEMPLE,

                              Plaintiff - Appellant,

        versus

MARTIN P. SHEEHAN, Trustee; JOHN N. CHARNOCK,
JR., Trustee; THOMAS H. FLUHARTY, Trustee,

                              Defendants - Appellees,

        and

UNITED STATES OF AMERICA,

                              Party in Interest.

_____

Appeal from the United States District Court for the Northern
District of West Virginia, at Wheeling.  Frederick P. Stamp, Jr.,
District Judge.  (CA-00-149-5, BK-95-50154)

_____

Submitted:  July 31, 2002          Decided:  August 23, 2002

_____

Before WIDENER and TRAXLER, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

---

Gary L. DeTemple, Appellant Pro Se. Martin P. Sheehan, SHEEHAN & NUGENT, Wheeling, West Virginia; John N. Charnock, Jr., CHARNOCK & CHARNOCK, Charleston, West Virginia; Thomas H. Fluharty, Clarksburg, West Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Gary L. DeTemple appeals the district court's order denying his motion to reconsider a prior order denying his motion for recusal of the district court judge. Our review of the record and the district court's opinion discloses no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>DeTemple v. Sheehan</u>, Nos. CA-00-149-5; BK-95-50154 (N.D.W. Va. Oct. 9, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>